December 01, 2006

Mr. Dean M. Swanda
Swanda & Swanda, PC
109 East Park Row Drive
Arlington, TX 76010

Mr. Gary Arnold Anderson
4036 Leon Drive
Plano, TX 75074

Mr. Shelvin Smith
5801 Preston Road, #510
Dallas, TX 75205
Ms. Laura Anne Coats
Assistant District Attorney, Appellate Division
133 North Industrial Blvd., LB 19
Dallas, TX 75207-4399

Mr. Irving Wyatt Queal III
8117 Preston Road, Suite 800
Dallas, TX 75225

RE: Case Number: 06-0460
 Court of Appeals Number: 05-05-00918-CV
 Trial Court Number: 04-01000-X

Style: IN THE INTEREST OF R.R. AND S.J.S., CHILDREN

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Jim |
| |Hamlin |
| |Ms. Lisa Matz|